1    ALEX G. TSE (CABN 152348)
United States Attorney

2

3    BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4    CASEY BOOME (NYBN 5101845)
Assistant United States Attorney

5

6    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6627

7    FAX: (415) 436-7234
Email: casey.boome@usdoj.gov

8

9    Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14   UNITED STATES OF AMERICA, | )   Case No. CR 18-71634-MAG |
| | ) |
| 15               Plaintiff, | )   [~~PROPOSED~~] ORDER DETAINING |
| 16     v. | )   DEFENDANT ANGELO VALDEZ |
| | )   PRIOR TO TRIAL |
| 17   ANGELO VALDEZ, | ) |
| | ) |
| 18              Defendant. | ) |
| | ) |
| 19 | ) |

20       On November 16, 2018, the government filed a Criminal Complaint charging the defendant with

21   Theft of Government Property, in violation of 18 U.S.C. §641; and Depredation Against the Property of

22   the United States, in violation of 18 U.S.C. § 1361. The defendant made his initial appearance on

23   December 10, 2018, and on December 12, 2018, this Court held a detention hearing. The defendant was

24   present and represented by Assistant Federal Public Defender Daniel P. Blank.

25       Pretrial Services submitted a report that recommended detention, citing both the defendant's risk

26   of non-appearance and potential danger to the community. A Pretrial Services Officer was present at the

27   hearing.

28

The Government moved for detention, and the defendant opposed. The parties submitted proffers and arguments. Upon consideration of the Pretrial Services report and the parties' proffers at the detention hearing, the Court finds by a preponderance of the evidence that the defendant poses a risk of non-appearance and that no condition or combination of conditions will reasonably assure his appearance as required. Accordingly, the Court orders the defendant, Angelo Valdez, detained pending trial.

The Court bases this Order on the defendant's history of bench warrants and failures to appear, his failure to observe the conditions of community supervision while serving his most recent term of probation, and the fact that there is no person available to act as a surety on the defendant's behalf.

This Order supplements the Court's findings at the detention hearing and serves as written findings of fact and statement of reasons, as required by 18 U.S.C. § 3142(i).

The Bail Reform Act of 1984 sets forth the factors the Court must consider in determining whether pretrial detention is warranted. In coming to its decision, the Court has considered those factors, paraphrased below:

    (1)  the nature and seriousness of the offense charged;

    (2)  the weight of the evidence against the person;

    (3)  the history and characteristics of the person including, among other considerations, employment, past conduct and criminal history, and record of court appearances; and

    (4)  the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

18 U.S.C. § 3142(g).

Given the nature of the crimes as alleged, as well as the history and characteristics of the defendant, the Court determines that, on the record before it, there is no condition or combination of conditions of release that can reasonably assure the defendant's appearance as required. Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS HEREBY ORDERED THAT:

    (1)  the defendant is committed to the custody of the United States Marshals Service for confinement in a correctional facility;

1   (2)  the defendant be afforded reasonable opportunity for private consultation with his counsel;

2        and

3   (3)  on order of a court of the United States or on request of an attorney for the government, the

4        person in charge of the corrections facility in which the defendant is confined shall deliver

5        the defendant to an authorized Deputy United States Marshal for the purpose of any

6        appearance in connection with a court proceeding.

7   **IT IS SO ORDERED.**

8

9   December 13, 2018                              _____

10                                                HON. SALLIE KIM
                                                   United States Magistrate Judge